# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2025-0802
Lower Tribunal No. F16-23764, F16-23765, F16-23766

_____

**Luis Fernando Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Luis Fernando Lopez, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See § 775.084(4)(b), Fla. Stat. ("The court, in conformity with the procedure established in paragraph (3)(a), may sentence the habitual violent felony offender as follows . . . In the case of a life felony or a felony of the first degree, for life, and such offender shall not be eligible for release for 15 years . . . In the case of a felony of the second degree, for a term of years not exceeding 30, and such offender shall not be eligible for release for 10 years . . . In the case of a felony of the third degree, for a term of years not exceeding 10, and such offender shall not be eligible for release for 5 years.").